IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVEN CARD and PATRICIA CARD,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS MITCHELL,<br><br>Defendants. | CV 21-79-M-DLC-KLD<br><br>ORDER |

Plaintiffs have filed a motion to vacate the July 9, 2021 court order and continue the preliminary pretrial conference set for October 12, 2021. Accordingly, and good cause appearing,

IT IS ORDERED that the October 12, 2021 preliminary pretrial conference is VACATED and RESET for December 8, 2021, at 2:00 p.m. at the Russell Smith Courthouse, 201 E. Broadway, in Missoula, Montana.

IT IS FURTHER ORDERED that the parties shall file their preliminary pretrial statements, joint discovery plan, and joint statement of stipulated facts on or before December 1, 2021.

1

DATED this 28th day of September 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge