IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVEN CARD and PATRICIA CARD,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>THOMAS MITCHELL,<br><br>　　　　　　Defendant. | CV 21–79–M–DLC–KLD<br><br><br>ORDER |

Before the Court is the Parties' Stipulation Motion to Dismiss All Claims With Prejudice. (Doc. 20.) Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties jointly move to dismiss all claims of all parties on the merits because the issues have been settled, with each party to bear its own costs and fees. (*Id.* at 1.)

Accordingly, IT IS ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE.

DATED this 11th day of August, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1